| | |
|---|---|
| 1 | READE A. BRAMER (SBN: 294016)<br>rbramer@shb.com |
| 2 | SHOOK, HARDY & BACON, LLP<br>One Montgomery, Suite 2700 |
| 3 | San Francisco, CA 94104<br>Tel:   (415) 544-1900 |
| 4 | Fax:   (415) 391-0281 |
| 5 | Attorneys for Defendants |
| 6 | AMERICAN EXPRESS CENTURION BANK |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MOHAMMED EREIKAT, | | Case No. 3:17-cv-02000-RS |
| | Plaintiff, | ORDER<br>**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING** |
| | v. | |
| AMERICAN EXPRESS CENTURION BANK; EQUIFAX INFORMATION SERVICES, LLC; AND TRANSUNION, LLC, | | |
| | Defendants. | |

Plaintiff Mohammed Ereikat and Defendant American Express Centurion Bank (collectively the "Parties"), by and through their respective undersigned counsel, hereby submit this Stipulation to Extend the Time for Defendant to Respond to Plaintiff's Complaint pursuant to Local Rule 6-1(a).

WHEREAS, Ereikat filed his First Amended Complaint on June 1, 2017.

WHEREAS, Defendants' response to the Complaint was due on June 22, 2017.

WHEREAS, the Parties have conferred and agreed that the time for Defendants to respond to the Complaint be extended to July 13, 2017.

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 3:17-cv-02000-RS

383060 v1

WHEREAS this Stipulation for an extension of time to respond will not alter any date already fixed by the Court, including the July 27, 2017 case management conference currently set.

THEREFORE, the Parties, through their respective counsel of record, thereby stipulate that Defendants' deadline to respond to the Complaint is extended from June 22, 2017 to July 13, 2017. Defendant American Express Centurion Bank also hereby withdraws its request for an extension of time to file responsive pleading.

**IT IS SO STIPULATED.**

Authority for and concurrence in the filing of this stipulated request has been obtained from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

Dated: June 23, 2017                                SHOOK, HARDY & BACON, L.L.P.

                                                    By:  */s/ Reade A. Bramer*
                                                         READE A. BRAMER

                                                         Attorneys for Defendant
                                                         AMERICAN EXPRESS
                                                         CENTURION BANK

Dated: June 23, 2017                                HYDE & SWIGART

                                                    By:  */s/ Sara Khosroabadi*
                                                         SARA KHOSROABADI

                                                         Attorney for Plaintiff
                                                         MOHAMMED EREIKAT

383060 v1

# ORDER

Defendant American Express Centurion Bank's deadline to respond to the Complaint is extended from June 22, 2017 to July 13, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/26/17

_____
Honorable Richard Seeborg