Sara Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiffs*
Mohammed Ereikat

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammed Ereikat,<br><br>        Plaintiff,<br><br>v.<br><br>American Express Centurion Bank, Equifax Information Services, LLC and Transunion, LLC,<br><br>        Defendants. | **Case No.: 3:17-cv-02000-KAW**<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC ONLY** |

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled as to Defendant Transunion, LLC only. The Plaintiff anticipates filing a Request for dismissal of this action as to Defendant Transunion, LLC only, with prejudice, within 60 days.

Respectfully submitted,

Date:  July 10, 2017     **HYDE & SWIGART**

By:  s/ Sara Khosroabadi
Sara Khosroabadi
*Attorneys for Plaintiff*