F. Jay Rahimi, Esq. (SBN: 305286)
jay@jrahimilaw.com
**THE LAW OFFICES OF F. JAY RAHIMI**
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367
Telephone:   (818) 835-4005
Facsimile:   (866) 543-4345

Sara F. Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
Crosby S. Connossly, Esq. (SBN:286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorney for Plaintiff,* Mohammed Ereikat

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED EREIKAT,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CENTURION BANK, EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>                    Defendants. | **Case No.: 17-cv-02000-KAW**<br><br><br>**NOTICE OF SETTLEMENT AS TO THE ENTIRE ACTION** |

NOTICE IS HEREBY GIVEN that this case has been settled with Equifax Information Services, LLC ("Equifax"). The Parties anticipate filing a Joint Motion for dismissal of this action in its entirey with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 4, 2017 for filing a joint dismissal.

Respectfully submitted,
Date: July 20, 2017

**Hyde & Swigart**

By: s/ Sara F. Khosroabadi
Sara F. Khosroabadi
Attorneys for Plaintiff