David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

Local Counsel for Defendant Trans Union, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMED EREIKAT,<br>      Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS CENTURION BANK;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANSUNION, LLC<br>      Defendants. | CASE NO. 3:17-cv-02000-RS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Mohammed Ereikat, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-02000-RS**

Page 1 of 3

Respectfully submitted,

Date: September 13, 2017

/s/ Sara F. Khosroabadi (with consent)
Sara F. Khosroabadi, Esq.
Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: 619-233-7770
Fax: 619-297-1022
E-Mail: sara@westcoastlitigation.com
josh@westcoastlitigation.com

Farmon J. Rahimi, Esq.
5850 Canoga Avenue, Floor 4
Woodland Hills, CA 91367
Telephone: 818-835-4005
E-Mail: jay@jrahimilaw.com

*Counsel for Plaintiff Mohammed Ereikat*

Date: September 19, 2017

*/s/ David Streza, Esq.*
David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-02000-RS**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Mohammed Ereikat and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 9/20/17

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Sara F. Khosroabadi, Esq.<br>sara@westcoastlitigation.com | Joshua B. Swigart, Esq.<br>josh@westcoastlitigation.com |
| Farmon J. Rahimi, Esq.<br>jay@jrahimilaw.com | Crosby S. Connolly, Esq.<br>crosby@westcoastlitigation.com |
| Reade A. Bramer, Esq.<br>rbramer@shb.com | Thomas P. Quinn, Jr., Esq.<br>tquinn@nokesquinn.com |
| David J. Streza, Esq.<br>dstreza@vmbllp.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-02000-RS**

Page 3 of 3