Sara Khosroabadi, Esq. (SBN: 299642)
sara@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

F. Jay Rahimi, Esq. (SBN: 305286)
jay@jrahimilaw.com
**The Law Offices of F. Jay Rahimi**
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367
Telephone:  (818) 835-4005
Facsimile:   (866) 543-4345

*Attorneys for Plaintiff,*
Mohammed Ereikat

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohammed Ereikat,<br><br>          Plaintiff,<br><br>v.<br><br>American Express Centurion Bank, Equifax Information Services, LLC and TransUnion, LLC,<br><br>          Defendants. | **Case No.: 3:17-cv-02000-KAW**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. RICHARD SEEBORG** |

///

Plaintiff MOHAMMED EREIKAT, (hereinafter "Plaintiff") Defendant EQUIFAX INFORMATION SERVICES LLC, (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the above entitled action with prejudice.

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

The Parties agree that each party is to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Dated: October 24, 2017      **HYDE & SWIGART**

By: s/F. Jay Rahimi
F. Jay Rahimi
*Attorney for Plaintiff*

Dated: October 24, 2017      **NOKES & QUINN**

By: s/Thomas P. Quinn, Jr.
Thomas P. Quinn, Jr.
*Attorney for Defendant
Equifax Information Services, LLC*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas P. Quinn, Jr., counsel for the Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: October 24, 2017            **HYDE & SWIGART**

                                   By: s/F. Jay Rahimi
                                   F. Jay Rahimi
                                     *Attorney for Plaintiff*